# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                                              NO. CR 24-0375 JB

SHERYL STAPLETON AND
JOSEPH JOHNSON,

     Defendants.

## AMENDED SCHEDULING ORDER

| | |
|---|---|
| 7/9/2025 | Defense expert witness notices and reports, subject to the 10-day joinder agreement. |
| 7/21/2025 | Objections to expert witness notices. |
| 8/6/2025 | Responses to expert witness objections. |
| 9/4/2025 | Disclosure of exhibit and witness lists; Jencks Act disclosures. |
| 9/9/2025 | Fed. R. Crim. P. 12 pretrial motions, *Daubert* Motions, subject to the 10-day joinder agreement; Motions in *Limine*, Fed. R. Evid 404(b). |
| 9/15/2025 | Objections to exhibit and witness lists; Jury Instructions; proposed *voir dire*; and stipulations.  Responses to Daubert motions, Motions in *Limine*; and Pre-trial motions. |
| 9/18/2025 | Exhibit and witness binders delivered to the Court. |
| 9/20/2025 | Objections to jury instructions and proposed *voir dire*. |
| 9/25/2025 | Pre-Trial Conference. |
| 9/30/2025 | Jury Selection/Trial at 9:00 a.m., Federal Courthouse, Albuquerque, New Mexico. |

The court further orders that the United States shall continually make available discovery on an ongoing basis and make available to the defendants by the time required by the applicable

law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 10 (1972)

and the Jencks Act, 18 U.S.C. § 3500, unless disclosure is otherwise required herein.

The court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between

the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act

computation.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
*Ahmad Assed*
Attorney for Sheryl Stapleton

*Approved via email 3/14/25*
Marc M. Lowry
Attorney for Joseph Johnson

*Approved via email 3/5/25*
Jeremy Pena
Assistant United States Attorney